# EXHIBIT
# TABLE OF CONTENTS

**Page No.**

2. Exhibit 1: Plaintiff's Original Image

3-4. Exhibit 2: Screenshots of the Defendant's Use of Image



**EXHIBIT 1**



# EXHIBIT 2



# EXHIBIT 2