JUSTICE LAW GROUP
Cameron J. Gharabiklou, Esq. (Bar No. 249189)
Nicholas J. Lewis, Esq. (Bar No. 253433)
530 B Street, Suite 1530
San Diego, CA 92101
Tel: (858) 412-0019
Fax: (619) 568-3341

FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
Robert M. Foote (*pro hac vice to be filed*)
Kathleen C. Chavez (*pro hac vice to be filed*)
Kevin P. Noll (*pro hac vice to be filed*)
10 West State Street, Suite 200
Geneva, IL 60134
Tel: (630) 232 7450
Fax: (630) 232 7452

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT K. WALLS, individually,** ) <br> ) <br> **Plaintiff** ) <br> ) <br> **vs.** ) <br> ) <br> **UNIRADIO CORP., a California** ) <br> **Corporation,** ) <br> **Defendant.** ) <br> ) <br> ) <br> ) | **Case No.: 16CV0242 WQHJLB** <br><br> **NOTICE OF MOTION AND MOTION to DISMISS PURSUANT TO RULE 12(b)(1) and (6)** <br><br> **Date: Request for Date Pending** |

1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on April 5, 2016 or as soon thereafter as this matter may be heard at the above-captioned Court, located at 333 West Broadway, San Diego, California, before the Honorable William Q. Hayes, defendant Uniradio Corp. will and here by does, through undersigned counsel, move this Court for and Order granting defendant's motion to dismiss pursuant to Rule 12(b)(1) and (6).

This motion is based on this Notice of Motion and Motion to Dismiss Pursuant to Rule 12(b)(1) and (6), memorandum in support thereof, the pleadings and other files herein, and such other written or oral argument as maybe presented to the Court.

Dated:        March 7, 2016        Respectfully submitted,

UNIRADIO, CORP.

By: /s/Cameron J. Gharabiklou

JUSTICE LAW GROUP
Cameron J. Gharabiklou, Esq. (Bar No. 249189)
Nicholas J. Lewis, Esq. (Bar No. 253433)
530 B Street, Suite 1530
San Diego, CA 92101
Tel: (858) 412-0019
Fax: (619) 568-3341

*Attorneys for Defendant*

1

**CERTIFICATE OF SERVICE**

I, Cameron J. Gharabiklou, an attorney, certify that the foregoing document was

2

electronically filed with the Court's CM/ECF system, which will send automatic

3

notification to the following counsel of record:

4

Naomi M. Sarega, Esq.

5

HIGBEE & ASSOCIATES

1504 Brookhollow Dr., Ste 112

6

Santa Ana, CA 92705-5418

7

8

9

By: /s/Cameron J. Gharabiklou

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3