# EXHIBIT A

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001789507 / 2011-09-05

Application Title: 7 Published Images of Pouring Red Wine & Glass.

Title:               7 Published Images of Pouring Red Wine & Glass.

Description:         Electronic file (eService)

Copyright Claimant:
                     Robert Kenneth Walls, 1942-  .

Date of Creation:    2005

Date of Publication:
                     2005-11-07

Nation of First Publication:
                     United Kingdom

Authorship on Application:
                     Robert Kenneth Walls, 1942-  ;  Domicile: Australia;
                        Citizenship: Australia. Authorship: photograph(s)

Rights and Permissions:
                     Robert Kenneth Walls, 59 Strickland Avenue, South Hobart,
                        7004, Australia, +61 3 6223 1472, rwalls@iprimus.com.au

Names:               Walls, Robert Kenneth, 1942-

===============================================================================
```